# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * ***
WEAVERVILLE INVESTMENT GROUP (II), A CALIFORNIA LIMITED PARTNERSHIP

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *

No. 04-1295C

Filed:

Senior Judge Smith

## ORDER

The Court hereby GRANTS Defendant's Unopposed Motion for Enlargement of Time to respond to plaintiff's complaint. Defendant's answer is due on or before January 3, 2005.

**It is so ORDERED**.

LOREN A. SMITH
Senior Judge