# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WEAVERVILLE INVESTMENT GROUP (II), A CALIFORNIA LIMITED PARTNERSHIP | * | |
| *Plaintiff,* | * | No. 04-1295C |
| v. | * | |
| | * | Filed: December 15, 2004 |
| THE UNITED STATES, | * | |
| *Defendant.* | * | Senior Judge Smith |

**ORDER**

The Court hereby STRIKES its Order entered on the docket on December 14, 2004.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge