# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WEAVERVILLE INVESTMENT GROUP (II), A CALIFORNIA LIMITED PARTNERSHIP | | |
| *Plaintiff,* | | No. 04-1295C |
| v. | | Filed: December 15, 2004 |
| THE UNITED STATES, | | |
| *Defendant.* | | Senior Judge Smith |

**ORDER**

The Court hereby GRANTS Defendant's Unopposed Motion for Enlargement of Time to respond to plaintiff's complaint. Defendant's answer is due on or before January 3, 2005.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge